

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/08/2020

IN RE: §
MICHAEL  NIELSEN; aka NIELSEN §   CASE NO: 17-30113
　　Debtor(s) §
 § CHAPTER  13

## ORDER OF DISMISSAL

The Chapter 13 Trustee has filed a Motion to Dismiss (ECF #125).  The debtor is $9,375.00 (3.66 months) in payment arrears to the Chapter 13 Trustee (Trustee website last visited 6/8/2020).

Accordingly, this case is dismissed, without prejudice for non-payment that is prejudicial to creditors.  **The debtor may cure the payment arrears within a reasonable period and seek to vacate this order.**

SO ORDERED.

　　SIGNED: 06/08/2020.

_____
Jeffrey P. Norman
United States Bankruptcy Judge