**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: Michael Nielsen

**Debtor(s)**

Case No.: 17–30113
Chapter: 13

ENTERED
11/19/2020

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 11/19/20

_____
Jeffrey P. Norman
United States Bankruptcy Judge